1  CHRIS A. HOLLINGER (SB #147637)
   chollinger@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 984-8700
4  Facsimile: (415) 984-8701

5  ROBERT A. SIEGEL (SB #64604)
   rsiegel@omm.com
6  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
7  Los Angeles, CA 90071
   Telephone: (213) 430-6000
8  Facsimile: (213) 430-6407

9  *Counsel for Defendant
   American Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION; GREGORY R. CORDES; DRU MARQUARDT; DOUG POULTON; STEPHAN ROBSON; and PHILIP VALENTE III, on behalf of themselves and all persons similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION; and AMERICAN AIRLINES, INC.,<br><br>        Defendants. | Case No. 3:17-cv-01160-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO VACATE AND RESCHEDULE JUNE 14, 2018 CASE MANAGEMENT CONFERENCE AND TO ADDRESS OTHER CASE MANAGEMENT ISSUES; [~~PROPOSED~~] ORDER**<br><br>Date:      June 14, 2018<br>Time:     1:30 p.m.<br>Courtroom: 3<br>Judge:    Hon. Richard Seeborg |

# ORDER

Pursuant to the Stipulation of the parties, it is ORDERED as follows:

1. The deadline for Defendant Allied Pilots Association to file its answer in response to Plaintiffs' First Amended Complaint shall be fourteen (14) days after the date on which the Court rules on the motion to dismiss filed by Defendant American Airlines, Inc. ("American").
2. The Case Management Conference, as well as the hearing (if any) on American's motion to dismiss, shall be re-scheduled for June 21, 2018, at 1:30 p.m.
3. The parties' Case Management Conference Statement shall be filed no later than seven (7) days prior to the re-scheduled Case Management Conference.

Dated: ~~May~~ June 6 , 2018.

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge