UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, et al., <br><br> Defendants. | Case No. 17-cv-01160-RS <br><br> **ORDER GRANTING STAY** |

With the consent of the plaintiffs, their final remaining counsel of record was permitted to withdraw on August 16, 2021. Thereafter, individual plaintiff Gregory Cordes apparently served, and attempted to file, a motion to stay this case for 180 days while plaintiffs seek new counsel. That motion does not appear in the docket, but defendants filed an opposition, arguing a stay of that length would be excessive. In light of all the circumstances, including the upcoming holiday season, plaintiffs will be given until January 21, 2022 to obtain counsel, and this matter will be stayed in the interim.

The individual plaintiffs are reminded that while each of them may appear individually on their own behalf, they may not appear for each other or for the entity plaintiff, and may not pursue class claims without counsel.

1  **IT IS SO ORDERED**.

3  Dated: October 15, 2021

_____
RICHARD SEEBORG
Chief United States District Judge