UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., | Case No. 17-cv-01160-RS |
| Plaintiffs, | |
| v. | **ORDER EXTENDING STAY** |
| ALLIED PILOTS ASSOCIATION, et al., | |
| Defendants. | |

With the consent of the plaintiffs, their final remaining counsel of record was permitted to withdraw on August 16, 2021. The order provided papers could continue to be served on counsel for forwarding purposes, until new counsel appeared or the individual plaintiffs appeared in pro se. Due to an administrative error, however, counsel was removed from the ECF service list and therefore neither he nor plaintiffs received notice of further filings. The Clerk's office will restore prior counsel to the ECF service list to ensure he and plaintiffs receive this and future orders.

Sometime thereafter, individual plaintiff Gregory Cordes apparently served, and attempted to file, a motion to stay the case for 180 days to permit plaintiffs to seek new counsel. While that motion did not appear in the docket, defendants filed an opposition, arguing a stay of that length would be excessive. On October 15, 2021 an order issued giving plaintiffs until January 21, 2022 to obtain counsel, and staying this matter in the interim.

On January 20, 2022, plaintiffs filed an application seeking an additional three months to find counsel. Plaintiffs argue they did not learn of the October 15th order until one of them

1  happened to review the docket on PACER at the end of December.

2  While it was not plaintiffs' fault that they did not receive service of the October 15th order,
3  that does explain why they now need additional time to locate counsel. Whether or not the court
4  had acted on the stay application, plaintiffs have been aware since last August, and in fact even
5  earlier, that they needed to obtain new counsel, and they have made no showing that they acted
6  diligently to do so.

7  At this juncture, plaintiffs will be given until February 28, 2022 to obtain new counsel, and
8  the stay will continue through that date. If new counsel has appeared by that date, a status
9  conference will then be set. If, instead, the individual plaintiffs have entered appearances *in pro se*
10 by that date, the claims of the organizational plaintiff will be dismissed, and a status conference
11 will be set. If no appearances have been entered by that date, the action may be dismissed without
12 further notice. The individual plaintiffs are reminded that while each of them may appear
13 individually on his own behalf, they may not appear for each other or for the entity plaintiff, and
14 may not pursue class claims without counsel.

16 **IT IS SO ORDERED**.

18 Dated: January 24, 2022

_____
RICHARD SEEBORG
Chief United States District Judge

CASE NO. 17-cv-01160-RS

2