UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, et al., <br><br> Defendants. | Case No. 17-cv-01160-RS <br><br> **ORDER DENYING MOTION TO DISMISS** |

The parties are familiar with the long procedural history of this matter, which has been described in prior orders and will not be recounted here. Defendant now seeks dismissal on grounds that plaintiffs allegedly "have failed to comply with multiple scheduling orders, have taken insufficient steps to move this case forward over a period of several years, and lack any counsel who could conceivably be approved to represent the class." Much of the delay in this action arose from a stipulated stay. Additional delay arose from issues with representation, some of which was understandable, other of which was less so. Whatever degree of inexcusable fault can be assigned to plaintiffs or any of their various attorneys, however, dismissal of the action is not an appropriate remedy at this juncture.

That said, based on the history in this and the related cases, under no circumstances will plaintiffs' present counsel of record be appointed to represent a class in this action. Plaintiffs have been asserting since at least February of this year that they intend to associate additional counsel. Accordingly, no later than August 12, 2022, plaintiffs shall either file (1) a notice of an association

of counsel, which should include a declaration and CV or other materials to make prima facie showing that the incoming counsel has sufficient experience and skill to be appointed as class counsel, or (2) a statement that plaintiffs will pursue only their individual claims, which should include a dismissal without prejudice of the class claims.

In either event, a further case management conference will be held on Monday, August 29, 2022 at 10:00 a.m. to set a schedule for the remainder of the case. The parties shall submit a joint case management conference statement one week in advance.

**IT IS SO ORDERED**.

Dated: July 22, 2022

_____
RICHARD SEEBORG
Chief United States District Judge