UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, et al., <br><br> Defendants. | Case No. 17-cv-01160-RS <br><br> **ORDER** |

The court has received plaintiffs' request for an extension of time, and is sorry to learn of counsel's circumstances. The Case Management Conference is hereby continued to November 3, 2022, with a joint case management conference statement to be filed one week in advance. In the interim, a motion to withdraw will be entertained at such time as counsel deems it appropriate. By the time of the case management conference, either new counsel shall have entered an appearance for plaintiffs, or plaintiffs shall file appearances in pro se. In the event plaintiffs intend to proceed in pro se, they must dismiss their class allegations and the associational plaintiff.

**IT IS SO ORDERED**.

Dated: August 14, 2022

_____
RICHARD SEEBORG
Chief United States District Judge