UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, et al., <br><br> Defendants. | Case No. 17-cv-01160-RS <br><br> **ORDER RE STATUS OF REPRESENTATION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received word of the death of plaintiffs' counsel. The Case Management Conference is hereby continued to November 3, 2022, with a joint case management conference statement to be filed one week in advance. By the time of the case management conference, either new counsel shall have entered an appearance for plaintiffs, or plaintiffs shall file appearances in pro se. In the event plaintiffs intend to proceed in pro se, they must dismiss their class allegations and the associational plaintiff.

**IT IS SO ORDERED**.

Dated: September 30, 2022

_____
RICHARD SEEBORG
Chief United States District Judge