UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 17-cv-01160-RS<br><br>**ORDER RE REPRESENTATION** |

Having been advised of the passing of plaintiffs' counsel Christopher Katzenbach, his name shall be removed as counsel of record for the individual plaintiffs, who have expressed an intent to appear in pro se, and who should do so promptly. Katzenbach shall remain listed as counsel of record for the entity plaintiff, American Airlines Flow-Thru Pilots Coalition, so that notice continues to be sent to the person or persons charged with winding down his practice, until such time as his representative moves to have his name removed from the service list and/or other counsel appear. As previously noted, the entity plaintiff cannot proceed without active counsel of record, nor may the matter be maintained as a class action without counsel for the class.

**IT IS SO ORDERED**.

Dated: October 13, 2022

_____
RICHARD SEEBORG
Chief United States District Judge